UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-cr-0097-JRS-DLP |
| | ) | |
| LINDA L. BOW, | ) | - 02 |
| MICHAEL FISHER, | ) | - 05 |
| DARIUS ANTHONY GARCIA, | ) | - 13 |
| AMBER SEATS, | ) | - 14 |
| GUY KARNES, | ) | - 17 |
| JEFFREY SACKS, | ) | - 22 |
| PAULA ADAMS, | ) | - 23 |
| Defendants. | ) | |

**COURTROOM MINUTE FOR MARCH 20, 2020**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the indictment filed on March 17, 2020. Defendants Bow, Fisher, Garcia, Seats, Karnes, Sacks, and Adams appeared in person and by FCD counsel Gwendolyn Beitz.  Government represented by AUSA Brad Blackington.  USPO represented by Alison Upchurch.

Defendants Bow, Fisher, Garcia, Seats, Karnes, Sacks, and Adams orally waived their right to physically appear for their initial appearance in the courtroom and consented to appear via video teleconference.

Financial affidavits approved.   Counsel appointed.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **April 3, 2020**.

Defendants waived formal arraignment and reading of the indictment on the record.

Government did not seek pretrial detention and Defendants Bow, Fisher, Garcia, Seats,

Karnes, Sacks, and Adams ordered released pending trial.

The Court, *sua sponte*, ordered the release the of the PS3 as to each defendant, subject to the terms set forth by separate Order.

Defendants Bow, Fisher, Garcia, Seats, Karnes, Sacks, and Adams released on conditions of pretrial release pending further proceedings before the court.

Date: 3/24/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system