UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-cr-0097-JRS-DLP |
| | ) | |
| GUY KARNES, | ) | - 01 |
|     Defendant. | ) | |

**COURTROOM MINUTE FOR JUNE 30, 2020**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

Parties appear for an initial appearance on petition for action on conditions of pretrial release filed on June 22, and 25, 2020. Defendant appeared in person and by CJA counsel Jamie Edgar. Government represented by Brad Blackington. USPO represented by Patrick Jarosh.

Charges and penalties were read and explained.

Defendant admitted to the alleged violation set forth in the petition dated June 25, 2020 and the Court found he violated the same. Defendant, without objection, moved to hold the allegation set forth in the petition dated June 22, 2020 in abeyance and the same granted.

Government moved for pretrial detention.

Detention hearing held.

Evidence proffered. Argument presented. Court denies the government's oral motion for pretrial detention and orders the defendant released on the following modified conditions or release pending trial:

1. Defendant is to participate in a program of inpatient substance abuse therapy and counseling at the Tara Treatment Center, Franklin, Indiana;

2. Upon release from Tara Treatment Center, Defendant is to notify the Court immediately to schedule a status hearing; and

3. All other conditions of pretrial release remain in effect.

Defendant released on modified conditions of pretrial release pending further proceedings before the Court.

Date: 7/1/2020

Tim A. Baker  
United States Magistrate Judge  
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system